

RECEIVED
JAN 25 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Christopher J. Leavell
Direct Dial: (215) 569-4892
Email: cleavell@klehr.com

January 24, 2024

**By Federal Express**
Clerk, United States District Court
For the District of New Jersey
400 Cooper Street
Camden, NJ 08101

Re:  **JB&B Capital, LLC v. Medrite, LLC and Laura Kasper
Transfer from the USDC, Eastern District of Tennessee, Greenville Division,
Case No. 3:21-CV-00117-DCLC-JEM**

Dear Sir or Madam:

This firm represents the plaintiff, JB&B Capital, LLC in the above-referenced matter. Enclosed please find the following for transfer to the United States District Court for the District of New Jersey:

1. Original of Clerk's Certification of a Judgment to be Registered in Another District;
2. Original certified copy of the Judgment filed 11/29/2023;
3. Original certified copy of Memorandum Opinion and Order filed on 11/29/2023;
4. Check in the amount of $52.00 payable the Clerk of the USDC, DNJ; and
5. A self-addressed, stamped envelope for return of the filed transfer of judgment.

Please note my representation of the plaintiff on the docket. If you have any questions or require anything further, you may contact me by email or phone or contact Nadine Yackle, Paralegal, of my office, at (856) 486-6966 or nyackle@klehr.com. Thank you for your assistance in this matter.

Very truly yours,

/s/ *Christopher J. Leavell*

Christopher J. Leavell

CJL/lac
Enclosures

10000 LINCOLN DRIVE EAST  |  SUITE 201  |  MARLTON, NJ 08053  |  t 856.486.7900  |  f 856.486.4875  |  www.klehr.com
PENNSYLVANIA  |  NEW JERSEY  |  DELAWARE  |  NEW YORK

10837101.v1